Argued and submitted June 28, reversed October 30, 1991

# STATE OF OREGON,
*Appellant,*

*v.*

# ROBERT BUELL THOMPSON,
*Respondent.*

(10-85-07155; CA A67026)

818 P2d 1301

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Dan E. Neal, Eugene, argued the cause for respondent. With him on the brief were Fern Eng and Neal & Eng, Eugene.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

---

* Joseph, C. J., *vice* Newman, J., deceased.

## PER CURIAM

Defendant was convicted of sexual abuse in the first degree involving a female child, ORS 163.425, in 1986. In 1990, the trial court granted his motion, under ORS 137.225, to set aside his conviction. The state appeals, and we reverse. *State v. Burke,* 109 Or App 7, 818 P2d 511 (1991).

Reversed.